UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEDRO SOSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Hon. Garrett E. Brown, Jr. |
| v. ) | |
| ) | Civil Action No. 08-2879 (GEB) |
| NUSTAR ENERGY, LP; NUSTAR GP, LLC; ) | |
| and UNITED SERVICE WORKERS UNION, ) | **ORDER** |
| IUJAT, LOCAL 335, ) | |
| ) | |
| Defendants. ) | |

This matter having come before the Court on the motions for summary judgment (Doc Nos. 31 and 32) filed by Defendants NuStar Energy, LP, NuStar GP, LLC, and United Service Workers Union, IUJAT, Local 335 ("Defendants"); and the Court having reviewed the parties' submissions and decided the motions without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 24th day of March, 2010,

ORDERED that Defendants' motions for summary judgment (Doc. Nos. 31 and 32) are GRANTED, such that JUDGMENT is ENTERED in favor of Defendants and against Plaintiff Pedro Sosa.

The Clerk shall mark this matter CLOSED.

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court